UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Hartford Underwriters Insurance Company,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:11cv00580 CDP |
| ) | |
| **Federated Rural Electric Insurance Exchange,** ) | |
| **et al.,** ) | |
| **Defendants.** ) | |

# ORDER

On March 30, 2011, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Lewis M. Blanton, U.S. Magistrate Judge.

Dated this 31st day of March, 2011.

                                            JAMES G. WOODWARD
                                            CLERK OF COURT

                                            By: /s/ Karen Moore
                                            Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:11cv00051 LMB.**